IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| GEORGE A SAMUELS, III, | * |
| Plaintiff, | * |
| v. | Case No. 5:21-cv-00163-TES-CHW |
| | * |
| LAMAR COUNTY, | |
| | * |
| Defendant. | |
| | * |

## JUDGMENT

Pursuant to this Court's Order dated October 26, 2021, having accepted the recommendation of the United States Magistrate Judge, in its entirety, JUDGMENT is hereby entered dismissing this action.

This 28th day of October, 2021.

David W. Bunt, Clerk

s/ Tydra Miller, Deputy Clerk